## 2060. VARNER *et al. v.* THE STATE.

HILL, C. J. An indictment for the offense of assault with intent to murder contained the allegation that the defendants "did . ., with certain rocks in their hands held, feloniously and of their malice aforethought, make an assault" upon the person of the prosecutor, and the evidence in support of these allegations was that the injury was inflicted by rocks thrown by the defendants from woods or bushes near the roadside. *Held:* (1) This was not a material variance between the allegata and the probata, and the court did not err in admitting the testimony. (2) The verdict of assault and battery was fully supported by the evidence. *Judgment affirmed.*

Indictment for assault with intent to murder, from Sumter superior court—Judge Littlejohn. July 6, 1909.

Submitted October 5,—Decided October 13, 1909.

*W. M. Harper,* for plaintiff in error.

*J. R. Williams, solicitor-general,* contra.

---

## 2062. BAKER *v.* THE STATE.

POWELL, J. No error of law is complained of. There is evidence to support the verdict, and it is approved by the trial judge.
*Judgment affirmed.*

Indictment for hog stealing, from Liberty superior court—Judge Seabrook. June 18, 1909.

Submitted October 5,—Decided October 13, 1909.

*Donald Fraser,* for plaintiff in error.

*N. J. Norman, solicitor-general,* contra.

---

## 2067. GREER *v.* THE STATE.

POWELL, J. Conflicts in the evidence, the credibility of witnesses, and all similar matters relating to the quality of the proof in a case address themselves exclusively to the jury and the trial judge and not to this court. *Judgment affirmed.*

Accusation of carrying concealed weapon, from city court of Monticello—Judge Thurman. July 28, 1909.

Submitted October 5,—Decided October 13, 1909.

*A. Y. Clem...t,* for plaintiff in error.

*Greene F. Johnson, solicitor,* contra.